UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRYCE JAMES DIXON,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

Case No. C11-5005BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 15).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    The opinion of the Administrative Law Judge is **REVERSED** and the matter is **REMANDED** for further consideration;

(3)    The Clerk shall enter **JUDGMENT** for the Plaintiff; and

(4)    The case shall be closed.

DATED this 28th day of December, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER