UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRYCE JAMES DIXON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. C11-5005BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 15).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The opinion of the Administrative Law Judge is **REVERSED** and the matter is **REMANDED** for further consideration;

(3) The Clerk shall enter **JUDGMENT** for the Plaintiff; and

(4) The case shall be closed.

DATED this 28th day of December, 2011.

                                  BENJAMIN H. SETTLE
                                  United States District Judge

ORDER